IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Philadelphia Eagles, LLC and National
Foootball League Management Council,

    Plaintiffs,

v.

Terrell Owens and National Football
League Players Association,

    Defendants.

Civil Action No. 08-1982

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the National Football League Management Council and the Philadelphia Eagles, certifies the following:

Plaintiff National Football League Management Council does not have any corporate parent, and no publicly held corporation owns 10% or more of its stock;

Philadelphia Eagles Limited Partnership, a Pennsylvania limited partnership, is the parent of Philadelphia Eagles, LLC, and no publicly held corporation owns 10% or more of the equity interests of Philadelphia Eagles, LLC.

Respectfully submitted,

By: _____

Dated: April 28, 2008

APR 28 2008

1

Katherine Menapace Katchen
Attorney I.D. No. 80395
AKIN GUMP STRAUSS HAUER & FELD, LLP
One Commerce Square
2005 Market Street, Suite 2200
Philadelphia, PA 19103
Telephone: (215) 965-1200
Facsimile: (215) 965-1210

Daniel L. Nash, Esquire
AKIN GUMP STRAUSS HAUER & FELD, LLP
*Pro Hac Vice* (application pending)
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

*Attorneys for Plaintiffs, Philadelphia Eagles, LLC and National Football League Management Council*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Rule 7.1 Statement to be served this 28th day of April, 2008, by first class mail to the following persons:

National Football League Players Association
2021 L Street, NW
Washington, DC 20036

Terrell Owens
3827 Commerce Street
Dallas, TX 75226

/s/ Katherine Menapace Katchen
Katherine Menapace Katchen