

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 08-1982

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Daniel L. Nash__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __242324__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| District of Columbia | 12/19/1983 | 375982 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| U.S. District Court N.D. Texas | 05/31/1994 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. Court of Appeals 11th Circuit | 11/12/2002 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. District Court S.D. Florida | 09/01/2004 | Please also see attached. |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    Philadelphia Eagles & NFL Mgmt Council

(Applicant's Signature)

04/24/2008
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

1333 New Hampshire Avenue, NW

Washington, DC 20036

202.887.4067

Sworn and subscribed before me this

24th Day of April, 2008

Notary Public

Deborah A. Johnson
Notary Public, District of Columbia
My Commission Expires May 14, 2010

10/04

B. (continued)    I state that I am currently admitted to practice in the following federal jurisdictions:

| | | |
|---|---|---|
| U.S. Court of Appeals for the D.C. Circuit | admitted 11/14/1989 | #39563 |
| U.S. District Court for the District of Colorado | admitted 11/21/2007 | |

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Daniel L. Nash___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Katherine Menapace Katchen | *signature* | 11/19/1997 | 80395 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

### SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

One Commerce Square

2005 Market Street, Suite 2200

Philadelphia, PA  19103     215.965.1200

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
WILLIAM R. WALLACE, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 7, 2011

Sworn and subscribed before me this

25 Day of April, 2008

*William R. Wallace Jr.*
Notary Public

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Philadelphia Eagles and National Football League Management Council | : | CIVIL ACTION |
| v. | : | |
| Terrell Owens and National Football League Players Association | : | NO. |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _Daniel L. Nash_ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

| | |
|---|---|
| National Football League Players Association | Terrell Owens |
| 2021 L Street, NW | 3827 Commerce Street |
| Washington, DC 20036 | Dallas, TX 75226 |

_____
Signature of Attorney

Katherine Menapace Katchen
Name of Attorney

Philadelphia Eagles & NFL Mgmt Council
Name of Moving Party

4-28-05
Date