APPENDIX X



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Philadelphia Eagles and National Football League Management Council<br>v.<br>Terrell Owens and National Football League Players Association | CIVIL ACTION<br><br>NO. 08-1982 |

### ORDER

AND NOW, this 1st Day of May, 2008, it is hereby

ORDERED that the application of __Daniel L. Nash__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____ J.