IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Philadelphia Eagles, LLC and National Football League Management Council, : | Civil Action No. 08cv01982-PBT |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| Terrell Owens and National Football League Players Association, : | |
| : | |
| Defendants. : | |

**JOINT MOTION TO APPROVE AND ENTER**
**STIPULATED CONSENT JUDGMENT**

Plaintiffs Philadelphia Eagles, LLC (the "Eagles") and the National Football League Management Council (the "Management Council"), by their undersigned counsel, and Defendants Terrell Owens ("Owens") and the National Football League Players Association ("NFLPA"), by their undersigned counsel, hereby jointly move the Court to approve and enter the attached Stipulated Consent Judgment. The reasons therefore follow:

1. On June 2, 2008, the Parties entered into a Settlement Agreement ("Agreement") between and among themselves to fully and finally resolve the issues between them in this litigation.

2. To facilitate settlement of this matter, the Parties have agreed to the Consent Judgment attached hereto as Exhibit A.

3. The Consent Judgment requires Owens to repay to the Eagles a total sum of $769,117.65.

4.       This Court shall retain jurisdiction to enforce this Judgment and the incorporated Agreement.

Therefore, Plaintiffs Philadelphia Eagles, LLC and the National Football League Management Council and Defendants Terrell Owens and the National Football League Players Association respectfully request that the Court approve and enter the attached Consent Judgment.

Dated: August 13, 2008                                    Respectfully submitted,

/s/ Jason Rosenhaus
Jason Rosenhaus
ROSENHAUS SPORTS REPRESENTATION
6400 Allison Road
Miami Beach, FL 33141
Telephone:    (305) 864-3724
Facsimile:     (305) 864-3731

*Counsel for Defendant Terrell Owens*

/s/ Richard Berthelsen
Richard Berthelsen
NFL PLAYERS ASSOCIATION
1133 20th Street, NW
Washington, DC 20036
Telephone:    (202) 463-2200
Facsimile:     (202) 756-9316

*Counsel for Defendant National Football League Players Association*

/s/ Katherine Menapace Katchen
Katherine Menapace Katchen
Attorney I.D. No. 80395
AKIN GUMP STRAUSS HAUER & FELD, LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103
Telephone:    (215) 965-1200
Facsimile:     (215) 965-1210

Daniel L. Nash
AKIN GUMP STRAUSS HAUER & FELD, LLP
*Admitted Pro Hac Vice*
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone:    (202) 887-4000
Facsimile:     (202) 887-4288

*Counsel for Plaintiffs, Philadelphia Eagles, LLC and National Football League Management Council*

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Philadelphia Eagles, LLC and National Football League Management Council, : <br><br> Plaintiffs, : <br><br> v. : <br><br> Terrell Owens and National Football League Players Association, : <br><br> Defendants. : | Civil Action No. 08cv01982-PBT |

**STIPULATED CONSENT JUDGMENT ORDER**

Plaintiffs Philadelphia Eagles, LLC (the "Eagles") and the National Football League Management Council (the "Management Council") filed this action against Defendants Terrell Owens ("Owens") and the National Football League Players Association ("NFLPA"), on April 28, 2008. On June 2, 2008, the Parties entered into a Settlement Agreement ("Agreement") in which they agreed to the entry of the following judgment:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Judgment is entered in favor of the Eagles and the Management Council, and Owens is liable to and ordered to pay to the Eagles a total sum of $769,117.65 in accordance with the terms of the Agreement. The NFLPA is not obligated to make any payments to the Eagles or the Management Council.

2. This Court shall retain jurisdiction of this matter for the purpose of enforcing the terms of this Judgment and the Agreement.

3. Being no just cause for delay, the Clerk of the Court shall enter this Judgment forthwith and without further notice.

IT IS SO ORDERED.

Dated:

_____
United States District Court Judge

CERTIFICATE OF SERVICE

I, Katherine M. Katchen, certify on this 13th day of August, 2008, the foregoing Joint Motion To Approve And Enter Stipulated Consent Judgment was filed via ECF and served upon the following via U.S. Mail:

Jason Rosenhaus
ROSENHAUS SPORTS REPRESENTATION
6400 Allison Road
Miami Beach, FL 33141
Telephone: (305) 864-3724
Facsimile: (305) 864-3731

Richard Berthelsen
NFL PLAYERS ASSOCIATION
1133 20th Street, NW
Washington, DC 20036
Telephone: (202) 463-2200
Facsimile: (202) 756-9316

/s/ Katherine M. Katchen
Katherine M. Katchen