IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILADELPHIA EAGLES, LLC et al.,** | : | **CIVIL ACTION** |
| Plaintiffs, | : | |
| | : | |
| vs. | : | NO.  08-1982 |
| | : | |
| **NATIONAL FOOTBALL LEAGUE** | : | |
| **MANAGEMENT COUNCIL et al.,** | : | |
| Defendants. | : | |

## STIPULATED CONSENT JUDGMENT ORDER

Plaintiffs Philadelphia Eagles, LLC (the "Eagles") and the National Football League Management Council (the "Management Council") filed this action against Defendants Terrell Owens ("Owens") and the National Football League Players Association ("NFLPA"), on April 28, 2008.  On June 2, 2008, the Parties entered into a Settlement Agreement ("Agreement") in which they agreed to the entry of the following judgment:

**AND NOW,** on this ___ day of August 2008, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Judgment is entered in favor of the Eagles and the Management Council, and Owens is liable to and ordered to pay to the Eagles a total sum of $769,117.65 in accordance with the terms of the Agreement.  The NFLPA is not obligated to make any payments to the Eagles or the Management Council.

2. This Court shall retain jurisdiction of this matter for the purpose of enforcing the terms of this Judgment and the Agreement.

3. Being no just cause for delay, the Clerk of the Court shall enter this Judgment forthwith and without further notice.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark this case as **CLOSED**.

**BY THE COURT:**

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**